# FRIEDMAN, JAMES & BUCHSBAUM LLP

ATTORNEYS AT LAW
15 MAIDEN LANE
SUITE 1202
NEW YORK, NY 10038

(212) 233-9385
FAX (212) 619-2340
www.friedmanjames.com

BERNARD D. FRIEDMAN
JOHN P. JAMES
ANDREW V. BUCHSBAUM

NEW JERSEY OFFICE
21 KILMER DRIVE, SUITE G
MORGANVILLE, NJ 07751

January 12, 2024

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2022
New York, NY 10007

> Application GRANTED. The pretrial conference currently scheduled for January 31, 2024 is hereby RESCHEDULED to **February 14, 2024**, at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 20.
>
> SO ORDERED.
>
> *[signature]*
>
> January 12, 2024

Re:   **Keith Apman v. City of New York**
      **23 cv-4226 (JMF)(VF)**

Honorable Sir:

We represent Plaintiff in the above-entitled matter and write jointly with Defendant's attorney, Julia E. Porzio, Esq. to request a short adjournment of the telephone conference scheduled for January 31, 2024 at 9:00 a.m. The parties, as directed in the Court's Order dated December 15, 2023, contacted the Chambers of Judge Figueredo on December 18, 2023 to schedule a settlement conference before January 31, 2024.

In response to the parties' request, Judge Figueredo scheduled a pre-settlement conference for January 11, 2024. At the January 11, 2024 conference, we were advised the Court's calendar was full for January and a settlement conference was scheduled for February 1, 2024.

Accordingly, the parties respectfully request the conference scheduled for January 31, 2024 be adjourned until after the settlement conference is held before Judge Figueredo.

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
January 12, 2024
Page 2

We thank the Court for its kind consideration of this request.

Respectfully,

FRIEDMAN, JAMES & BUCHSBAUM LLP
Attorneys for Plaintiff

By: */S/ Bernard D. Friedman*

Bernard D. Friedman
bfriedman@friedmanjames.com

HON. SYLVIA O. HINDS-RADIX
CORPORATION COUNSEL FOR CITY OF NY

By: */S/ Julia E. Porzio*

Julia E. Porzio
jporzio@law.nyc.gov

BDF:kk